UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 19 CR 850-2 |
| | ) | Honorable Mary M. Rowland |
| Eduardo SANTANA | ) | |
|     Defendant | ) | |

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

Steven R. Shanin, appointed attorney for Mr. Eduardo SANTANA respectfully moves this Court to consider an Order allowing him to withdraw as Mr. SANTANA's attorney. In support of the motion, undersigned counsel states as follows:

On 12/11/2019 Mr. SANTANA was indicted, charged with conspiracy to distribute controlled substance. On 12/16/2019, undersigned counsel was appointed to represent Mr. SANTANA. This Honorable Court set a 08/24/2020 Status Hearing date and a 08/20/2020 date for a written Status Report.

Mr. SANTANA is currently in custody at the Kendall County Jail in Yorkville, Illinois.

Yesterday, 08/11/2020, undersigned counsel wrote to Mr. SANTANA explaining counsel's underlying health issues and that in counsel's opinion, Mr. SANTANA might be better served by someone who could meet with him in person in order to make sure he understands the case, the discovery, and resolve his case in a more expeditious manner than undersigned is able to do.

Undersigned counsel wants to make clear to this Honorable Court that although he would

1

like to continue to represent Mr. SANTANA, counsel believes it might be in Mr. SANTANA's best interest to be represented by counsel who is able to meet with him in person.

WHEREFORE, undersigned counsel respectfully requests a **Teleconference** Hearing on 08/20/2020 @ 10:30 a.m. at which time he respectfully requests his Motion to Withdraw be considered.

Respectfully Submitted,

*s/Steven R. Shanin*
Attorney for Eduardo SANTANA

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000 FAX 312 939-0054
sshanin@federallaw.us